1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4   DAVID M. PAXTON (CASBN 266940)
Assistant United States Attorney

5

6     150 Almaden Boulevard
San Jose, California 95113

7     Telephone: (408) 535-50461
Facsimile:  (408) 535-5066

8     Email: david.paxton@usdoj.gov

9   Attorneys for the United States of America

10            UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA

12             SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,    )   No.   CR   10-00321-JW
                          )              07-00694-JW

15       Plaintiff,           )

16                           )   STIPULATION AND [PROPOSED]
   v.                     )   ORDER EXCLUDING TIME FROM JUNE

17                           )   21, 2010 TO JULY 19, 2010 FROM THE
   VICTOR CABALLERO-SANCHEZ,   )   SPEEDY TRIAL ACT CALCULATION

18                           )   (18 U.S.C. § 3161(h)(8)(A))
      Defendant.        )

19   _____ )

20        On June 21, 2010, the parties appeared for a hearing before this Court.  At that hearing,

21   the government and defense requested an exclusion of time under the Speedy Trial Act based

22   upon the defense counsel's need to effectively prepare by reviewing discovery materials

23   submitted by the government and the need to jointly negotiate a resolution in this matter.  At that

24   time, the Court set the matter for a hearing on July 19, 2010.

25        The parties stipulate that the time between June 21, 2010, and July 19, 2010, is excluded

26   under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27   continuance would unreasonably deny defense counsel reasonable time necessary for effective

28   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).


DATED: August 2, 2010                    JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         _____/s/_____
                                         DAVID M. PAXTON
                                         Assistant United States Attorney


                                         _____/s/_____
                                         LARA S. VINNARD
                                         Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 21, 2010, and July 19, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: August 11, 2010

_____
JAMES WARE
United States District Judge