JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID M. PAXTON (CASBN 266940)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-50461
  Facsimile:  (408) 535-5066
  Email: david.paxton@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR CABALLERO-SANCHEZ,<br><br>    Defendant. | No.  CR  10-00321-JW<br>            07-00694-JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM JULY<br>19, 2010 TO AUGUST 30, 2010 FROM<br>THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A)) |

On July 19, 2010, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on August 30, 2010.

The parties stipulate that the time between July 19, 2010, and August 30, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3  U.S.C. §3161(h)(8)(A).
4
5  DATED: August 2, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
7                                               /s/
                                            _____
                                            DAVID M. PAXTON
8                                           Assistant United States Attorney
9
10                                              /s/
                                            _____
                                            LARA S. VINNARD
11                                          Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 19, 2010, and August 30, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   August 11, 2010

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE